UNITED STATES BANKRUPTCY OURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:
CURRAS, KAREL                                         Case No. 09-19090-RAM
                                                      Chapter 13

_____Debtor_____/

## SUMMARY OF INTERIM FEE APPLICATION COUNSEL FOR THE DEBTOR AND REQUEST FOR HEARING

Name of Applicant:     Robert Sanchez, P.A.

Role of Applicant:     Counsel for Debtor

Name of Certifying Professional:     Shirley Palumbo

Date Case Filed:     May 12, 2009

Date of Services Covered:     November 12, 2008 through August 11, 2009

**Total Fees Requested for this Period:**     $4,500.00

**Total Paraprofessional Fees Requested for this Period:**     $387.00

**Total Expense Reimbursement Requested for this Period: $26.16** [1]

---

[1] As of the date of the filing of this motion Chapter 13 payments have already been vested.

UNITED STATES BANKRUPTCY OURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:
CURRAS, KAREL                                    Case No. 09-19090-RAM
                                                 Chapter 13
_____Debtor_____/

## INTERIM APPLICATION FOR COMPENSATION AND FOR ALLOWANCE OF EXPENSES OF COUNSEL FOR THE DEBTOR AND REQUEST FOR HEARING

Robert Sanchez, P.A., attorney for the Chapter 13 Debtor, applies for interim compensation for fees for services rendered and cost incurred in this Chapter 13 proceeding between November 12, 2008 and August 11, 2009. This application is filed pursuant to Bankruptcy Rule 2016, and meets all the requirements set forth in the guidelines incorporated in the Local Rule 2016-1. The Exhibits attached are:

"Exhibit 1"    Summary of Professional and Paraprofessional Time

"Exhibit 2"    Applicant's complete time records, in chronological order, by activity code category, for the time period covered by this application. The requested fees are itemized by the tenth of an hour.

"Exhibit 3"    Summary f Requested Reimbursement of Expenses

"Exhibit 4"    Copy of Local Form L69

"Exhibit 5"    Copy of the Retainer Agreement

1.    The applicant requests to be awarded fees in the amount of **$3,000.00** in addition to the **$1,500.00** already received, for a total of **$4,500.00**

2.    The rate normally charged by the undersigned, considered reasonable for attorneys in the Southern District of Florida of similar skills and experience, is $350.00

per hour reasonable pursuant to the standard set forth in In re: Norman vs. Housing Authority of Montgomery, 836 F.2d 1299 (11th Cir. 1988) and 11 U.S.C. § 330.

3. Robert Sanchez, P.A. incurred **$7,107.00** in gross fees and **$26.16** in costs, for a total award of **$7,133.16**.

4. The hourly rate for paralegals is $90.00, which is also customary in the community in a matter such as this.

5. Robert Sanchez, P.A. has expended **23.50** hours (in increments of .10) from **November 12, 2008** to the filing of this fee application.

6. The time extended by the applicant for legal services furnished to the Chapter 13 Debtor as appears on "Exhibit 2" does not reflect and cannot reflect all of the time actually expended by the applicant. Many telephone calls, routine correspondence, requests by creditors asking for the status of the Chapter 13 case and Chapter 13 payment plan and their individual claims cannot be reduced to time recordation and would increase the amount of time expended by the applicant in this case.

7. The Chapter 13 proceeding presented several matters that required the services and skills of an experienced bankruptcy attorney.

8. The applicant devoted substantial time in the representation of the Chapter 13 Debtor, as more fully appears in "Exhibit 3".

9. The applicant is not aware of any other employment which was precluded as a result of its accepting this case, but had the applicant not accepted this

employment, the time spent in the case would have been spent in other matters which would pay an hourly compensation on a current basis.

WHEREFORE, the undersigned respectfully requests to be awarded **$4,500.00** requested herein, (which is much less than the fees and expenses listed), based on the nature and results of its representation of the Debtor, the time invested in this case, and the necessity and reasonableness of the fees and expenses incurred in this period.

        ROBERT SANCHEZ, P.A.
        900 W. 49th Street, Suite 500
        Hialeah, FL 33012
        Telephone: 305-687-8008
        Facsimile: 305-512-9701
        Email: spalumbo@bankruptcyclinic.com

By: /s/ Shirley Palumbo
    SHIRLEY PALUMBO
    FBN 0073520

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing was provided via CM/ECF and regular mail this 11th day of August, 2009 to: Karel Curras, 7741 NW 7th Street #202, Miami, FL 33126 and to Nancy N. Herkert, Trustee, P.O. Box 279806, Miramar, FL 33027.

"EXHIBIT 1"

## Summary of Professional and Paraprofessional Time

| NAME OF PROFESSIONAL | TOTAL FEES | TOTAL HOURS | HOURLY RATE |
|---|---|---|---|
| Shirley Palumbo | $5,145.00 | 14.70 | $350.00 |
| Robert Sanchez | $1,575.00 | 4.5 | $350.00 |
| Yesenia Fernandez | $387.00 | 4.3 | $90.00 |
| Receptionist | | | $75.00 |
| **TOTALS** | $7,107.00 | 23.50 | |

"EXHIBIT 2"

**Applicant's Time Expended**

| Date | Description | Hours | A/PP Time |
|---|---|---|---|
| 11/12/2008 | Initial Consultation | 1 | A |
| 12/9/2009 | Second Consultation | 1 | A |
| 12/9/2009 | Received and reviewed application and documents for filing | 1 | A |
| 12/9/2009 | Prepared case for filing | 1 | A |
| 12/9/2009 | Informed Debtor of missing documents | 0.3 | PP |
| 3/6/2009 | Received credit counseling certificate | 0.1 | PP |
| 3/19/2009 | Received and reviewed documents for filing | 0.5 | PP |
| 3/19/2009 | Informed Debtor of missing documents via e-mail | 0.5 | PP |
| 5/11/2009 | Received and reviewed documents for filing | 0.5 | PP |
| 5/12/2009 | Prepared Petition | 0.1 | A |
| 5/12/2009 | Prepared Statement of Social Security Number | 0.1 | A |
| 5/12/2009 | Prepared Declaration for Electronic Filing | 0.1 | A |
| 5/12/2009 | Filed Petition | 0.1 | PP |
| 5/12/2009 | Filed Statement of Social Security Number | 0.1 | PP |
| 5/12/2009 | Filed Declaration for Electronic Filing | 0.1 | PP |
| 5/12/2009 | Filed Certificate of Budget and Credit Counseling | 0.1 | PP |
| 5/12/2009 | Received and reviewed Notice of Deficiency of Schedules | 0.1 | A |
| 5/12/2009 | Received and reviewed Notice of Requirement re: Financial Management Course | 0.1 | A |
| 5/14/2009 | Received and reviewed secured claim by National Auto Finance | 0.3 | A |
| 5/19/2009 | Prepared updated schedules for filing | 1 | A |
| 5/19/2009 | Informed Debtor of missing documents for preparation of schedules and plan | 0.2 | PP |
| 5/27/2009 | Prepared Motion for Extension of Time to File Required Documents | 0.5 | A |
| 5/27/2009 | Prepared Proposed Order Granting Extension of Time to File Required Documents | 0.2 | A |
| 5/27/2009 | Filed Motion for Extension of Time to File Required Documents | 0.2 | PP |
| 5/27/2009 | Uploaded Proposed Order Granting Extension of Time to File Required Documents | 0.1 | PP |
| 5/28/2009 | Received and reviewed Order Granting Extension of Time to File Required Documents | 0.1 | A |
| 6/2/2009 | Received and reviewed secured claim by Bank of America | 0.3 | A |
| 6/5/2009 | Spoke to Bank of America bankruptcy dept. re: secured claim | 0.5 | A |
| 6/5/2009 | Received and reviewed documents for preparation of schedules and plan | 0.5 | A |
| 6/10/2009 | Prepared missing Schedules and Statements for filing | 1 | A |
| 6/10/2009 | Prepared Chapter 13 Plan for filing | 0.5 | A |
| 6/10/2009 | Filed missing Schedules, Statements and Chapter 13 Plan | 0.5 | PP |
| 6/11/2009 | Received and reviewed amended claim by Bank of America | 0.5 | A |
| 6/16/2009 | Prepared and mailed plan payment letter with copy of Chapter 13 Plan to Debtor | 0.2 | A |
| 6/17/2009 | Received, reviewed and calendared 341 Notice | 0.2 | A |
| 6/29/2009 | Prepared and mailed 341 Notice letter to Debtors | 0.1 | A |
| 7/13/2009 | Received and reviewed Notice to Withdraw Claim #12 by Wells Fargo | 0.1 | A |
| 7/16/2009 | Interview & advise client re: 341 Meeting of Creditors & procedures to follow | 1 | A |
| 7/17/2009 | Preparation and attendance of 341 Meeting of Creditors | 2 | A |

| | | | |
|---|---|---|---|
| 7/17/2009 | Prepared First Amended Chapter 13 Plan and Notice of Filing | 0.5 | A |
| 7/17/2009 | Prepared Amended Schedule J and Notice of Filing | 0.3 | A |
| 7/17/2009 | Filed First Amended Chapter 13 Plan and Notice of Filing | 0.2 | PP |
| 7/17/2009 | Filed Amended SOS & Schedule J and Notice of Filing | 0.2 | PP |
| 7/17/2009 | Filed Declaration for Electronic Filing | 0.1 | PP |
| 7/17/2009 | Prepared and mailed amended plan letter with copy of First Amended Plan to Debtor | 0.2 | A |
| 7/20/2009 | Received and reviewed Trustee's Notice of Deficiency for Confirmation | 0.5 | A |
| 7/20/2009 | Received, reviewed and calendared Notice of Hearing on Trustee's Objection to Exemptions | 0.1 | A |
| 7/20/2009 | Received and reviewed Order Determining Debtor's Compliance with Filing Requirements | 0.1 | A |
| 7/31/2009 | Received and reviewed letter from Trustee re: First Amended Plan | 0.3 | A |
| 8/6/2009 | Informed Debtor of missing documents via e-mail | 0.5 | PP |
| 8/7/2009 | Received and reviewed Trustee's Notice of Deficiency for Confirmation | 0.5 | A |
| 8/7/2009 | Review of all Proof of Claims in the docket | 0.7 | A |
| 8/11/2009 | Prepared letter to trustee with required documents | 0.5 | A |
| 8/11/2009 | Preparation and filing of Fee Application | 1 | A |
| 8/11/2009 | Preparation of Confirmation Hearing | 1 | A |

| | |
|---|---|
| **TOTAL HOURS** | **23.50** |
| **TOTAL FEES** | **$7,107.00** |

Delineation of the Time Expended

"EXHIBIT 3"

## Summary of Requested Reimbursement Expenses

| 1.  | Filing Fees (previously paid by Debtor) | $274.00 |
|-----|------------------------------------------|---------|
| 2.  | Lien and Title Searches | $0.00 |
| 3.  | Photocopies 128 @ $.15 | $19.20 |
| 4.  | Postage | $3.96 |
| 5.  | Overnight Delivery Charges | $0.00 |
| 6.  | Certified Mail Return Receipt Requested 0 @ $5.46 | $0.00 |
| 7.  | Outside Courier/Messenger Service | $0.00 |
| 8.  | Long Distance Calls | $0.00 |
| 9.  | Facsimile Transmissions 20 @ $.15 | $3.00 |
| 10. | Computerized Legal Research | $0.00 |
| 11. | Other Permissible Expenses | $0.00 |
| 12  | PACER use | $0.00 |
|     |   |   |
|     |   |   |
|     | **TOTAL EXPENSE REIMBURSEMENT** | $26.16 |

UNITED STATES BANKRUPTCY OURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:
CURRAS, KAREL                                         Case No. 09-19090-RAM
                                                      Chapter 13

_____Debtor_____/

"EXHIBIT 4"
**APPLICATION FOR COMPENSATION FOR PROFESSIONAL SERVICES
OR REIMBURSEMENT OF EXPENSES BY ATTORNEY FOR
CHAPTER 13 DEBTOR**

Applicant, Shirley Palumbo, was retained by the Debtor to serve in this bankruptcy case as attorney for Debtor. A copy of the retainer agreement is attached as Exhibit "5". Pursuant to Local Rule 2016-1(B)(2) and the "Chapter 13 Fee Guidelines", applicant hereby requests the court to approve compensation and reimbursement of expenses as follows:

| | |
|---|---|
| Total Fees Requested: | $4,500.00 |
| Total Expenses to be Reimbursed: | $26.16 |
| Amount Received To-Date:<br>**(exclusive of filing fees)** | $1,500.00 |
| Amount to be Paid through Plan: | $3,0000.00 |

1. The amount requested, if allowed, will be paid in full after 10 monthly payments under the plan.

2. A detailed itemization of the services rendered to date and corresponding time entries is attached as Exhibit "2".

3. Applicant estimates that an additional 2 hours will be required to be expended in providing legal services on behalf of the Debtor(s) described below:

Attending Confirmation hearing. Getting plan confirmed.

4.      The following is a short statement of any unusual, troublesome or unique aspects of this case which resulted in or will result in more than the usual amount of time being expended and more than the usual amount of costs being incurred:

The case concerns paying the balance owed on the Debtor's vehicle at a lower interest rate of 5.25% through the Chapter 13 Plan.

5.      The source of compensation previously paid to applicant was the Debtor's income.

6.      Applicant has not shared or agreed to share any compensation received in connection with the bankruptcy case with any person or entity other than a member or regular associate of applicant's firm. (If such a sharing arrangement exists, it should be disclosed in this paragraph.)


**DATED:** August 11, 2009

/s/ Robert Sanchez
Applicant's Signature
Robert Sanchez, P.A.
Name
900 W 49th Street, Suite 500
Address
Hialeah, FL 33012

305-687-8008
Phone

cc:     Debtor
        Chapter 13 Trustee

# THE BANKRUPTCY CLINIC, P.A.
## Attorney Robert Sanchez

| | | |
|---|---|---|
| *900 West 49th Street, Ste 500* | *4000 SW 60th Ct* | *121 S. Orange Ave, #1500* |
| *Hialeah, FL 33012* | *Miami, FL 33155* | *Orlando, FL 32801* |
| *Tel: (305) 687-8008* | *Tel: (305) 663-1852* | *Tel: (407) 381-0083* |
| *Fax: (305) 821-1056* | *Fax: (305) 663-1853* | *Fax: (407) 381-0084* |

### CHAPTER 13 BANKRUPTCY RETAINER AGREEMENT

CLIENT: Karel Curras

DATE: December 9, 2008


I _____ Karel Curras _____ and _____ (if joint) (herein referred to as "client(s)") have retained Robert Sanchez, P.A., to represent me in a chapter 13 bankruptcy case and/or a conversion to a Chapter 7. The total fee quoted for my/our case is $4,226.00 + $274.00 for costs. The retainer (initial deposit), as well as all monies paid into the plan are NON-REFUNDABLE __KC__ (initials). The remaining balance of the attorney fees will be by the client through the Chapter 13 Plan. All plans are assumed to be between 36 to 60 month plans unless otherwise stated. If my/our case gets dismissed or converted, our attorney is entitled to the entire attorney fees quoted.


I understand that there will be additional costs as follows:


1. If I need interpreter the day of my hearing in court, the applicable fees are the following:

    Miami-Dade $40.00    Broward $50.00    West Palm Beach $75.00 *(subject to changed based on distance, short notice or unavailability of translators)*


2. Any changes to my bankruptcy petition once filed in court will incur a $125.00 charge per change, plus court costs, if applicable. Any motions to reinstate my case, release liens from any property, reopen the bankruptcy case after a discharge has been issued, modify the plan, purchase a home, refinance a property, purchase a car, and any motion in general that needs to be filed will incur an additional fee, at the clients expense, plus court costs if applicable.

Page 1 of 3


"Exhibit 5"

3. If any check issued by me is returned as uncollectible, N.S.F., closed account or any other reason, a fee of $50.00 will have to be paid to my attorney's office.

4. If I/we move or have a change of address I/we must notify this office in writing of same, and I/we fail to do so on a timely basis it may jeopardize my case because of a lack of notice.

5. A copy of my/our bankruptcy petition will only be given to me if I/we request one. If the case gets dismissed/closed or discharged there will be $50.00 retrieval charge for the copies. Your file will be maintained in our storage facility for one (1) year from your discharge date. After that time, same will be destroyed.

6. I hereby understand and agree that a discharge of all my debts will only be issued upon satisfactory completion of my chapter 13 plan. The Clerk of the Court is in charge of issuing my discharge, once the Trustee files a Final Report of Completion of my case. This process usually takes 6 to 12 months after my final payment.

7. After the bar date to file claims has expired, I agree to pay my attorney a fee of $250.00 in order for him to conduct a review of all claims filed. This is to ensure that all claims have been properly addressed.

8. In the event of a dismissal or a conversion of your case the Attorney is entitled to all funds remaining with the Chapter 13 Trustee to be paid directly to the Attorney as administrative fees.

9. There will be a charge of $0.10 cents per page for any documents submitted to our office which need to be photocopied if the amount of documents exceeds 20 pages.

I/we have been advised by my/our attorney, Robert Sanchez, P.A., that as of the date of this retainer agreement, I/we cannot use any of my/our credit cards and I/we understand that using the credit cards while in bankruptcy is **ILLEGAL** and may result in an objection to bankruptcy based on fraud and/or substantial abuse of the system. I/we also understand that my bankruptcy petition will not be filed in court until I have paid the entire down payment of $4,500.00.

Page 2 of 3

☐ **I HAVE** A PROPERTY IN FORECLOSURE

☑ **DO NOT HAVE** A PROPERTY IN FORECLOSEURE

☑ **I DO NOT OWN** ANY REAL PROPERTY

I/WE HAVE BEEN GIVEN AN APPOINTMENT TO SIGN OUR BANKRUPTCY PETITION ON _____. FAILURE TO SIGN THE DOCUMENTS ON THE DATE GIVEN, WILL RESULT IN MY/OUR CASE NOT BEING FILED, AS SUCH, WE WILL HOLD OUR ATTORNEY, ROBERT SANCHEZ AND ASSOCIATES, P.A., HARMLESS OF ANY LIABILITIES WHICH MAY ARISE THEREFROM.

Signed this 9th day of December, 2008.

_____          _____
CLIENT                              SPOUSE

_____
Robert Sanchez, Esq.
ATTORNEY