

**ORDERED in the Southern District of Florida on September 18, 2009.**

Robert A. Mark, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY OURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:
CURRAS, KAREL                                                  Case No. 09-19090-RAM
                                                               Chapter 13

_____Debtor_____/

### ORDER ON APPLICATION FOR COMPENSATION BY ATTORNEY FOR DEBTOR

**THIS CAUSE** having come on before the Court on the 17th day of September, 2009 upon Debtor's Application for Compensation by Attorney for Debtor, and the Court having heard argument of counsel, having reviewed the file and otherwise being advised on the premises, IT IS;

**ORDERED AND ADJUDGED:**

1. That Debtor's Application for Compensation by Attorney for Debtor, is granted.

2. Undersigned counsel will be awarded the amount of $3,000.00 in addition to the $1,500.00 already received.

# # #

This Order was prepared by:
Robert Sanchez, P.A.
900 W. 49th Street, Suite 500
Hialeah, FL 33012
Tel. 305.687.8008

*Attorney, Robert Sanchez, Esq., is hereby directed to mail a conformed copy of this order to all affected parties.*